## DAFFEY v. THE STATE.

APPEAL from the *Washington* Common Pleas.

*Per Curiam.*—The judgment, in this case, is affirmed, upon the case of *Reed* v. *The State*, 12 Ind. 641.

The judgment is affirmed, with costs.

*Horace Heffren*, for appellant.

*J. E. McDonald*, Attorney General, and *A. L. Roache*, for the State.